| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | JAMES R. CONOLLY |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00097-GEB |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| MYRON D. ARMSTRONG, | |
| Defendant. | DATE: February 9, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on February 9, 2018.

2. By this stipulation, the parties move to continue the status conference until March 16, 2018, and to exclude time between February 9, 2018, and March 16, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Defense counsel has recently become counsel of record for the defendant in this matter, and requires further time to familiarize himself with the evidence and issues in this case.

   b) The government has represented that it has produced discovery in the form of investigative reports, related documents, and related photographs. The defendant still needs time to review all of the foregoing, discuss with his counsel, and pursue investigation.

   c) Counsel for the defendant believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking

STIPULATION TO CONTINUE STATUS AND EXCLUDE
TIME; [PROPOSED] FINDINGS AND ORDER

1

into account the exercise of due diligence.

        d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 9, 2018 to March 16, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 8, 2018                            McGREGOR W. SCOTT
                                                              United States Attorney

                                                              /s/ JAMES R. CONOLLY
                                                              JAMES R. CONOLLY
                                                              Assistant United States Attorney

Dated:  February 8, 2018                            /s/ PHILIP COZENS
                                                               PHILIP COZENS
                                                               Counsel for Defendant
                                                               Myron D. Armstrong

**[PROPOSED] FINDINGS AND ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 16, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). It is further ordered that the February 9, 2018 status conference shall be continued until March 16, 2018, at 9:00 a.m.

IT IS SO FOUND AND ORDERED.

Dated: February 8, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge