PETER KMETO
Attorney at Law
State Bar #78827
1001 G Street, Suite 205
Sacramento, CA 95814
(916)444-7420; FAX: (916) 914-2357
email: pkmeto@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00097-GEB |
| Plaintiff, | STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE DATE |
| vs. | |
| MYRON ARMSTRONG, | |
| Defendant. | |

Defendant: MYRON ARMSTRONG, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, JAMES CONOLLY, stipulate and agree to the following:

1. The presently scheduled Status Conference date of April 27, 2018 shall be vacated, and said Hearing shall be rescheduled for June 29 at 9:00 a.m. for further status.

2. Time will be excluded under Local Rule T4.

3. The parties agree and stipulate, and request that the Court find the

1

following:

a. Defense counsel has recently been appointed to represent MYRON ARMSTRONG, Defendant in the above entitled case.

b. Defense counsel desires time to: complete a review of the search warrant, discovery and the charges with his client who is housed in the Nevada County Jail; research legal issues; conduct investigation related to the charges; review and copy any additional discovery for this matter; discuss potential resolutions with his client; prepare pretrial motions; and to otherwise prepare for trial.

c. Counsel for the Defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served, by continuing the case as requested, outweigh the interest of the public and the Defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 27, 2018 to June 29, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action, outweigh the best interest of the public and the Defendant's in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 23, 2018  /s/ JAMES CONOLLY
Assistant US Attorney
for the Government

Dated: April 23, 2018  /s/ PETER KMETO
Attorney for Defendant
MYRON ARMSTRONG

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of the two parties IT IS ORDERED that the STATUS CONFERNCE HEARING FOR Defendant, MYRON ARMSTRONG is continued to June 29, 2018, as set forth above.

Dated: April 24, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge