McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00097-GEB |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| MYRON D. ARMSTRONG, | DATE: August 10, 2018 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on August 10, 2018.

2. By this stipulation, the parties move to continue the status conference until September 28, 2018, and to exclude time between August 10, 2018, and September 28, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) On May 3, 2018, the government filed a Superseding Indictment adding an additional count for structuring currency transactions, in violation of 31 U.S.C. § 5324(a)(3).

    b) The government recently produced approximately 1,400 pages of financial records to the defendant, which is in addition to the earlier discovery in the form of investigative reports, related documents, and related photographs. The defendant will need time to review all of the foregoing, discuss with his counsel, and pursue investigation.

    c) Counsel for the defendant believe that failure to grant the above-requested

STIPULATION TO CONTINUE STATUS AND EXCLUDE
TIME; [PROPOSED] FINDINGS AND ORDER

1

continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 10, 2018 to September 28, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 8, 2018　　　　　　　　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　/s/ JAMES R. CONOLLY
　　　　　　　　　　　　　　　　　　　　　　JAMES R. CONOLLY
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: August 8, 2018　　　　　　　　　　　　/s/ PETER KMETO
　　　　　　　　　　　　　　　　　　　　　　PETER KMETO
　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　Myron D. Armstrong

**FINDINGS AND ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including September 28, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). It is further ordered that the August 10, 2018 status conference shall be continued until September 28, 2018, at 9:00 a.m.

IT IS SO FOUND AND ORDERED.

Dated:  August 9, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge