PETER KMETO
Attorney at Law
State Bar #78827
1001 G Street, Suite 205
Sacramento, CA 95814
(916)444-7420; FAX: (916) 914-2357
email: pkmeto@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MYRON ARMSTRONG,<br><br>Defendant. | CASE NO. 2:17-CR-00097-GEB<br><br>STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE DATE |

Defendant: MYRON ARMSTRONG, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, JAMES CONOLLY, stipulate and agree to the following:

1. The presently scheduled Status Conference date of July 26, 2019 shall be vacated, and said Hearing shall be rescheduled for September 27, 2019 at 9:00 a.m. for further status.

2. Time will be excluded under Local Rule T4.

3. The parties agree and stipulate, and request that the Court find the

1

following:

      a) Defense counsel requires further time to prepare. Discovery in this case has been voluminous, including approximately 1,400 pages of financial records, which is in addition to the earlier discovery in the form of investigative reports, related documents, and related photographs. Most recently, the government produced further discovery in the form of additional financial documents, cell phone location tracking data, and telephone toll logs. The defendant still requires time to complete review all of the foregoing, and discuss same with his counsel.

      b) Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c) Based on the above-stated finding, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      d) For the purpose of computing time under the Speedy Trial Act, 18 USC §3161, et seq., within which trial must commence, the time period of July 26, 2019 to September 27, 2019, inclusive, is deemed excludable pursuant to 18 USC.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

      4. Nothing in this stipulation and order shall preclude a finding that other

provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 24, 2019     /s/ JAMES CONOLLY
Assistant US Attorney
for the Government

Dated: July 24, 2019     /s/ PETER KMETO
Attorney for Defendant
MYRON ARMSTRONG

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including September 27, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). It is further

ordered that the July 26, 2019 status conference shall be continued until September 27, 2019, at 9:00 a.m.

Dated: July 24, 2019

GARLAND E. BURRELL, JR.
Senior United States District Judge