PETER KMETO
Attorney at Law
State Bar #78827
1001 G Street, Suite 205
Sacramento, CA 95814
(916)444-7420; FAX: (916) 914-2357
email: pkmeto@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MYRON ARMSTRONG,<br><br>Defendant. | CASE NO. 2:17-CR-00097-GEB<br><br>STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE DATE AND SETTING BRIEFING SCHEDULE |

      Defendant: MYRON ARMSTRONG, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, JAMES CONOLLY, stipulate and agree to the following:

      1. The presently scheduled Status Conference date of September 27, 2019 shall be vacated, and said Hearing shall be rescheduled for December 20, 2019 at 9:00 a.m. for further status AND the Court's ruling on the motion.

      2. Time will be excluded under Local Rules T4 and E.

      3. The parties agree and stipulate, and request that the Court find the

following:

    a) Defense shall file its Motion to Controvert and Suppress by September 25, 2019;

    b) Government shall file its Response by November 15, 2019;

    c) Defense shall file its Reply by December 6, 2019

    d) Based on the above-stated finding, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e) For the purpose of computing time under the Speedy Trial Act, 18 USC §3161, et seq., within which trial must commence, the time period of September 27, 2019 to December 20, 2019, inclusive, is deemed excludable pursuant to 18 USC.§ 3161(h)(7)(A), B(iv) [Local Code T4] AND 18 USC §3161(h)(1)(D)[Local Code E] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial AND pendency of a pretrial motion.

    4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

/// ///

/// ///

IT IS SO STIPULATED.

Dated: September 24, 2019       /s/ JAMES CONOLLY
                                Assistant US Attorney
                                for the Government

Dated: September 24, 2019       /s/ PETER KMETO
                                Attorney for Defendant
                                MYRON ARMSTRONG

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including December 20, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4] AND 18 USC §3161(h)(1)(D)[Local Code E] . It is further ordered that the September 27, 2019

status conference shall be continued until December 20, 2019, at 9:00 a.m. AND that the parties adhere to the stipulated briefing schedule. However, the language in the stipulation stating that the Court will rule on the motion on December 20, 2019 is not adopted.

Dated: September 26, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge