PETER KMETO
Attorney at Law
State Bar #78827
1001 G Street, Suite 205
Sacramento, CA 95814
(916)444-7420; FAX: (916) 914-2357
email: pkmeto@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00097-TLN |
| Plaintiff, | STIPULATION AND ORDER TO SEAL EXHIBIT A OF DEFENDANT'S MOTION TO SUPPRESS |
| vs. | |
| MYRON ARMSTRONG, | |
| Defendant. | |

Defendant: MYRON ARMSTRONG, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, JAMES CONOLLY, stipulate and agree to the following:

1. That Exhibit A (Affidavit In Support of Search Warrant) attached to Defendant's Motion to Suppress filed on September 25, 2019 be sealed.

IT IS SO STIPULATED.

Dated: September 27, 2019     /s/ JAMES CONOLLY
Assistant US Attorney
for the Government

Dated: September 27, 2019     /s/ PETER KMETO
Attorney for Defendant

1

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety and ORDERS THAT EXHIBIT A to Defendants Motion to Suppress BE SEALED.

DATED: September 30, 2019.

Troy L. Nunley
United States District Judge