McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MYRON D. ARMSTRONG,<br><br>Defendant. | CASE NO. 2:17-CR-97-TLN<br><br>STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO SUPPRESS & CONTROVERT EVIDENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 6, 2020<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. On September 26, 2019, the court set a briefing and hearing schedule for defendant Myron Armstrong's Motion to Suppress and Controvert Evidence. (ECF Nos. 66 & 67.)

2. The schedule set the government's opposition to be due on or before November 15, 2019, and for the defendant's reply to be due on or before December 6, 2019, and set a non-evidentiary hearing for December 20, 2019. (ECF No. 67.)

3. On reassignment of this case from the Honorable Garland E. Burrell, Jr., to the Honorable Troy L. Nunley, the Court advanced the non-evidentiary hearing to December 19, 2019. (ECF Nos. 71.)

4. The parties now agree and stipulate, and request that the Court find the following:

   a) The parties require further time to complete briefing on the motion, and to prepare for the hearing.

   b) The parties therefore agree that the non-evidentiary hearing should be continued

to February 6, 2020, at 9:30 a.m., or a date as soon thereafter as is convenient for the Court.

      c) In light of a new hearing date, the government's opposition should be filed on or before January 2, 2020, and the defendant's reply, if any, should be filed on or before January 23, 2020.

      d) Time shall be excluded between now and the disposition of the defendant's pending motion, per 18 U.S.C. § 3161(h)(1)(D) [Local Code E].

      e) Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 18, 2019          MCGREGOR W. SCOTT  
                                                United States Attorney

                                                /s/ JAMES R. CONOLLY  
                                                JAMES R. CONOLLY  
                                                Assistant United States Attorney

Dated: November 18, 2019          /s/ PETER KMETO  
                                                PETER KMETO  
                                                Counsel for Defendant  
                                                Myron D. Armstrong

**FINDINGS AND ORDER**

IT IS HEREBY ORDERED, the Court, having read and considered the parties' request, and finding good cause therefore, the briefing schedule for defendant's Motion to Suppress and Controvert Evidence is amended as follows:

1. The non-evidentiary hearing is continued to February 6, 2020, at 9:30 a.m.;
2. The government's opposition to defendant's motion shall be filed on or before January 2, 2020;
3. The defendant's reply, should he choose to file one, shall be filed on or before January 23, 2020.
4. In addition to any other exclusions of time currently in place, time is excluded from the date of this Order until the date of disposition of defendant's motion, per 18 U.S.C. § 3161(h)(1)(D) [Local Code E].

IT IS SO FOUND AND ORDERED this 18th day of November, 2019.

_____
Troy L. Nunley
United States District Judge