**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Myron Armstrong

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No. 2:17-CR-0097-TLN |
| Plaintiff, | |
| vs. | **MOTION AND REQUEST FOR AN ORDER FOR A TRANSCRIPT OF AN *IN CAMERA* HEARING** |
| Myron Armstrong, | |
| Defendant | |

Defendant hereby seeks an order from this court which authorizes court reporter Tiphanne Crowe to transcribe a hearing in the instant case which was held, *in camera*, on February 6, 2020 during a hearing on a Motion to Controvert and Suppress evidence.

- 1 -

# **MOTION**

I, Jan David Karowsky, do hereby declare under penalty of perjury and upon information belief that the following is true and correct:

On February 6, 2020, the defendant's then attorney, Peter Kmeto, conducted a hearing on the defendant's Motion to Controvert and Suppress Evidence before this Court. That motion was denied. Thereafter, at the same hearing, the defendant requested the Court to relieve Mr. Kmeto and appoint new counsel for him. After the Court held an *in camera* hearing, the Court granted defendant's request and Mr. Kmeto was relieved.

Mr. Armstrong has informed me that Mr. Kmeto made certain representations during the colloquy with the Court which, Mr. Armstrong believes are relevant and significant to me to read and understand in order for me to provide him effective assistance of counsel.

On or about February 25, 2020, the Court previously granted my request for a transcript of the Motion to Suppress hearing. I did not then request a copy of the separate *in camera* hearing since I did not then realize its potential significance.

Subsequently, Mr. Armstrong has informed me of the significance of the *in camera* hearing details which is the reason for this request.

Therefore, I request the Court find good cause to authorize and order the *in camera* hearing conducted on February 6, 2020, be transcribed and provided to me only. At this stage of my representation, I request the Court order the transcript of the *in camera* hearing provided only to me and allow me to use it as I deem necessary in my representation of Mr. Armstrong. If I choose to utilize the requested transcript, I will fulfill my discovery obligation to the government.

I declare under penalty of perjury that the above information is true and correct and that this declaration was executed on March 10, 2020 at Sacramento, California.

Jan David Karowsky

March 10, 2020                     Respectfully submitted,

**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation

/s/
By: Jan David Karowsky
Attorney for Defendant
Myron Armstrong

### ORDER

**GOOD CAUSE APPEARING**, based on the declaration of attorney Jan Karowsky, **IT IS HEREBY ORDERED** that the court reporter transcribe and provide one copy to Mr. Karowsky of the *in camera* hearing conducted in the instant case on February 6, 2020. It is also ordered that defense counsel may use whatever portions of this transcript he believes relevant in his defense of Mr. Armstrong.

**IT IS SO ORDERED.**

DATED: March 16, 2020

Troy L. Nunley
United States District Judge