**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Myron Armstrong

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MYRON ARMSTRONG,<br><br>Defendant | Case No.: 2:17-CR-097-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:  March 26, 2020<br>TIME:  9:30 a.m.<br>JUDGE: Hon. Troy Nunley |

**FACTUAL SUMMARY**

Counsel for the Defendant was just recently appointed to represent Mr. Armstrong and needs additional time for ongoing investigation, to obtain additional information from the Defendant and is waiting for two requested transcripts of Court hearings. Therefore, it is requested that the Status Conference set for March 26, 2020 be continued to May 28, 2020 at 9:30 a.m.. I have spoken to the prosecuting AUSA, James Conolly, who has no opposition to this request. In fact, he has agreed that I may sign his name to this request.

- 1 -

**STIPULATION**

Plaintiff, United States, and Defendant, Myron Armstrong, through their undersigned counsel, hereby stipulate and agree that the Court may re-set the date for Status Conference to May 28, 2020 at 9:30 a.m..  The parties further stipulate that time may be excluded from the Speedy Trial Act calculation from the date of March 26, 2020, the original date set for the Status Conference, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv), Local Code T4, and General Order 611, issued on March 17, 2020 in order to give Counsel for the Defendant reasonable time to prepare. Undersigned counsel agrees that the ends of justice served by ordering this continuance outweighs the best interest of the public and this defendant's right to a speedy indictment or trial, and merits this exclusion of time.

**IT IS SO STIPULATED.**

DATED: March 19, 2020  McGregor Scott
United States Attorney

by  /s/ James Conolly by Jan Karowsky
with Mr. Conolly's permission

James Conolly
Assistant U.S. Attorney
by Jan David Karowsky

DATED: March 19, 2020  JAN DAVID KAROWSKY
Attorney at Law
A Professional Corporation

by  /s/ Jan Karowsky

JAN DAVID KAROWSKY
Attorney for Defendant
Myron Armstrong

1  **IT IS SO ORDERED.**

3  DATED: March 19, 2020

Troy L. Nunley
United States District Judge