**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Myron Armstrong

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MYRON ARMSTRONG,<br><br>　　　　Defendant. | Case No.: CR.S-17-CR-097-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:　May 28, 2020<br>TIME:　 9:30 a.m.<br>JUDGE: Hon. Troy Nunley |

## FACTUAL SUMMARY

Counsel for the Defendant needs additional time for ongoing investigation, to obtain additional information from the Defendant, and for further case preparation. With the Covid-19 pandemic, the restrictions on visits at the jail, and my otherwise extremely limited access to obtaining needed information from Mr. Armstrong, I have not been able to accomplish much by way of organization or preparation in the last two months.

Therefore, it is requested that the Status Conference set for May 28, 2020 be continued to August 27, 2020 at 9:30 a.m.. I have spoken to the prosecuting AUSA, James Conolly, who has no opposition to this request. In fact, he has agreed that I may sign his name to this request.

## STIPULATION

Plaintiff, United States, and Defendant, Myron Armstrong, through their undersigned counsel, hereby stipulate and agree that the Court may re-set the date for the Status Conference to August 27, 2020 at 9:30 a.m..  The parties further stipulate that time may be excluded from the Speedy Trial Act calculation from the date of May 28, 2020, the original date set for the Status Conference, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv), Local Code T4, and General Order 618, issued on May 13, 2020 in order to give Counsel for the Defendant reasonable time to prepare. Undersigned counsel agrees that the ends of justice served by ordering this continuance outweighs the best interest of the public and this defendant's right to a speedy indictment or trial, and merits this exclusion of time.

**IT IS SO STIPULATED.**

DATED:      May 22, 2020                         McGregor Scott
                                                 United States Attorney

                                        by   /s/ James Conolly by Jan Karowsky
                                             with Mr. Conolly's permission

                                             James Conolly
                                             Assistant U.S. Attorney
                                             by Jan David Karowsky


DATED:      May 22, 2020                         JAN DAVID KAROWSKY
                                                 Attorney at Law
                                                 A Professional Corporation

                                        by   /s/ Jan Karowsky
                                             JAN DAVID KAROWSKY
                                             Attorney for Defendant
                                             Myron Armstrong

**IT IS SO ORDERED.**

DATED: May 22, 2020
                                             _____
                                             Troy L. Nunley
                                             United States District Judge

- 2 -