**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Myron Armstrong

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MYRON ARMSTRONG,<br><br>　　　　Defendant | Case No.: 2:17-CR-097-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:　August 27, 2020<br>TIME:　9:30 a.m.<br>JUDGE: Hon. Troy Nunley |

**FACTUAL SUMMARY**

Counsel for the Defendant needs additional time for ongoing investigation, to obtain additional information from the Defendant, and for further case preparation. With the Covid-19 pandemic, the restrictions on visits at the jail, and my otherwise extremely limited access to obtaining needed information from Mr. Armstrong, I have not been able to accomplish much by way of organization or preparation in the last two months.

Therefore, it is requested that the Status Conference set for August 27, 2020 be continued to November 12, 2020 at 9:30 a.m.. I have spoken to the prosecuting AUSA, James Conolly,

who has no opposition to this request.  In fact, he has agreed that I may sign his name to this request.

**STIPULATION**

Plaintiff, United States, and Defendant, Myron Armstrong, through their undersigned counsel, hereby stipulate and agree and request the Court to re-set the date for the Status Conference to November 12, 2020 at 9:30 a.m..  The parties further stipulate that time may be excluded from the Speedy Trial Act calculation from the date of August 27, 2020, the original date set for the Status Conference, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv), Local Code T4, and General Order 618, issued on May 13, 2020 in order to give Counsel for the Defendant reasonable time to prepare.  Undersigned counsel agrees that the ends of justice served by ordering this continuance outweighs the best interest of the public and this defendant's right to a speedy indictment or trial, and merits this exclusion of time.

**IT IS SO STIPULATED.**

DATED:        August 21, 2020                    McGregor Scott
                                                 United States Attorney

                                          by     /s/ James Conolly by Jan Karowsky
                                                 with Mr. Conolly's permission

                                                 James Conolly
                                                 Assistant U.S. Attorney
                                                 by Jan David Karowsky


DATED:        August 21, 2020                    JAN DAVID KAROWSKY
                                                 Attorney at Law
                                                 A Professional Corporation

                                          by     /s/ Jan Karowsky

                                                 JAN DAVID KAROWSKY
                                                 Attorney for Defendant
                                                 Myron Armstrong

**IT IS SO ORDERED.**

Dated: August 21, 2020

Troy L. Nunley
United States District Judge