**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Myron Armstrong

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-17-CR-097-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| Myron Armstrong, | DATE:  November 12, 2020 |
| Defendant | TIME:  9:30 a.m. |
| | JUDGE: Hon. Troy L. Nunley |

### FACTUAL SUMMARY

Counsel for the Defendant needs additional time for ongoing investigation, to obtain additional information from the Defendant, and for further case preparation. With the Covid-19 pandemic, the restrictions on visits at the jail, and my otherwise extremely limited access to obtaining needed information from Mr. Armstrong, I have not been able to accomplish much by way of organization or preparation in the last number of months.

Moreover, after months of waiting for my previous requests of other professionals who had been hired by Mr. Armstrong to advise and assist him in setting up a lawful marijuana dispensary in the City of Sacramento to provide the needed documentation to me, I have finally

1  received the initial set of documents.  I am now awaiting response to my inquiries to the City of
2  Sacramento.  I am attempting to demonstrate that Mr. Armstrong was in compliance with
3  relevant state and city marijuana laws in an effort to require an evidentiary hearing pursuant to
4  U.S. v. McIntosh, 833 F. 3d 1163 (2016, 9th Cir.).

5       Therefore, it is requested that the Status Conference set for November 12, 2020 be
6  continued to January 7, 2021 at 9:30 a.m..  I have spoken to the prosecuting AUSA, James
7  Conolly, who has no opposition to this request.  In fact, he has agreed that I may sign his name to
8  this request.

## STIPULATION

Plaintiff, United States, and Defendant, Myron Armstrong, through their undersigned counsel, hereby stipulate and agree and request the Court to re-set the date for the Status Conference to January 7, 2021at 9:30 a.m..  The parties further stipulate that time may be excluded from the Speedy Trial Act calculation from the date of November 12, 2020, the original date set for the Status Conference, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv), Local Code T4, and General Order 618, issued on May 13, 2020 in order to give Counsel for the Defendant reasonable time to prepare.  Undersigned counsel agrees that the ends of justice served by ordering this continuance outweighs the best interest of the public and this defendant's right to a speedy indictment or trial, and merits this exclusion of time.

**IT IS SO STIPULATED.**

DATED:       November 4, 2020            McGregor Scott
                                         United States Attorney

                                    by    /s/ James Conolly by Jan Karowsky
                                         with Mr. Conolly's permission

                                         James Conolly
                                         Assistant U.S. Attorney
                                         by Jan David Karowsky

DATED:     November 4, 2020         JAN DAVID KAROWSKY
                                    Attorney at Law
                                    A Professional Corporation

                            by     /s/ Jan Karowsky

                                    JAN DAVID KAROWSKY
                                    Attorney for Defendant
                                    Myron Armstrong

**IT IS SO ORDERED.**

Dated:   November 5, 2020

**Troy L. Nunley**
Judge
United States District Court