**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Myron Armstrong

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-CR-097-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| MYRON ARMSTRONG, | DATE: January 7, 2021 |
| Defendant | TIME: 9:30 a.m. |
| | JUDGE: Hon. Troy L. Nunley |

## FACTUAL SUMMARY

Counsel for the Defendant needs additional time for some additional ongoing investigation, to obtain additional information from the Defendant, and for further case preparation. With the Covid-19 pandemic, the restrictions on visits at the jail, and my otherwise extremely limited access to obtaining needed information from Mr. Armstrong, I have not been able to accomplish much by way of organization or preparation in the last number of months.

Additionally, counsel for the Defendant needs additional time for just initiated negotiations with the prosecution in an effort to seek and obtain a resolution of this case. With the Covid-19 pandemic, the restrictions on visits at the jail, and my otherwise extremely limited

- 1 -

1  access to Mr. Armstrong, I have finally been able to discuss a possible resolution of the case with
2  him.
3  Last week I conveyed a proposed plea offer to AUSA Conolly and am awaiting a
4  response.  It will take some time to discuss and attempt to resolve this case.  Therefore, for all of
5  the above-stated reasons, I am requesting the case be continued to give me more time for further
6  investigation and for me to attempt to resolve the case.
7  Therefore, it is requested that the Status Conference set for January 7, 2021 be continued
8  to March 18, 2021 at 9:30 a.m..  I have spoken to the prosecuting AUSA, James Conolly, who
9  has no opposition to this request.  In fact, he has agreed that I may sign his name to this request.

**STIPULATION**

Plaintiff, United States, and Defendant, Myron Armstrong, through their undersigned counsel, hereby stipulate and agree and request the Court to re-set the date for the Status Conference to March 18, 2021at 9:30 a.m..  The parties further stipulate that time may be excluded from the Speedy Trial Act calculation from the date of January 7, 2021, the original date set for the Status Conference, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv), Local Code T4, and General Order 618, issued on May 13, 2020 in order to give Counsel for the Defendant reasonable time to prepare.  Undersigned counsel agrees that the ends of justice served by ordering this continuance outweighs the best interest of the public and this defendant's right to a speedy indictment or trial and merits this exclusion of time.

**IT IS SO STIPULATED.**

DATED:        January 4, 2021              McGregor Scott
                                           United States Attorney

                                    by     /s/ James Conolly by Jan Karowsky
                                           with Mr. Conolly's permission

                                           James Conolly
                                           Assistant U.S. Attorney
                                           by Jan David Karowsky

1
2   DATED:          January 4, 2021                    JAN DAVID KAROWSKY
                                                       Attorney at Law
3                                                      A Professional Corporation

4                                              by      /s/ Jan Karowsky

5                                                      JAN DAVID KAROWSKY
                                                       Attorney for Defendant
6                                                      Myron Armstrong

7   **IT IS SO ORDERED.**

8
    Dated:  January 4, 2021
9

10                                                     _____
                                                       Troy L. Nunley
11                                                     United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25