**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Myron Armstrong

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MYRON ARMSTRONG,<br><br>　　　　Defendant | Case No.: 2:17-CR-097-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:　April 29, 2021<br>TIME:　9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

## FACTUAL SUMMARY

Counsel for the Defendant needs additional time for some additional ongoing investigation, to obtain additional information from the Defendant, and for further case preparation. With the Covid-19 pandemic, the restrictions on visits at the jail, and my otherwise extremely limited access to obtaining needed information from Mr. Armstrong, I have not been able to accomplish much by way of organization or preparation in the last number of months.

Additionally, counsel for the Defendant needs additional time for just initiated negotiations with the prosecution in an effort to seek and obtain a resolution of this case. With the Covid-19 pandemic, the restrictions on visits at the jail, and my otherwise extremely limited

access to Mr. Armstrong, I have finally been able to discuss a possible resolution of the case with him.

I have conveyed a proposed plea offer to AUSA Conolly and have received a response. I have begun discussions with my client regarding the proposed plea agreement. However, I still need more time to discuss it and attempt to resolve this case.

On March 16, 2021, Mr. Conolly conveyed the proposed new written plea agreement to me which I then mailed to Mr. Armstrong. I have also spoken to Mr. Armstrong about the proposed plea deal during the interim, and strongly urged him to accept it. I still need additional time, however, to discuss the plea offer with him. Therefore, for all of the above-stated reasons, I am requesting the case be continued to give me a bit more time for further investigation and for me to attempt to resolve the case.

Therefore, it is requested that the Status Conference set for April 29, 2021 be continued to May 13, 2021 at 9:30 a.m.. I have spoken to the prosecuting AUSA, James Conolly, who has no opposition to this request. In fact, he has agreed that I may sign his name to this request.

**STIPULATION**

Plaintiff, United States, and Defendant, Myron Armstrong, through their undersigned counsel, hereby stipulate and agree and request the Court to re-set the date for the Status Conference to May 13, 2021at 9:30 a.m.. The parties further stipulate that time may be excluded from the Speedy Trial Act calculation from the date of April 29, 2021, the original date set for the Status Conference, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv), Local Code T4, and General Order 618, issued on May 13, 2020 in order to give Counsel for the Defendant reasonable time to prepare. Undersigned counsel agrees that the ends of justice served by ordering this continuance outweighs the best interest of the public and this defendant's right to a speedy indictment or trial, and merits this exclusion of time.

**IT IS SO STIPULATED.**

DATED: April 22, 2021                                       McGregor Scott
                                                                                  United States Attorney

                                                           by      /s/ James Conolly by Jan Karowsky
                                                                      with Mr. Conolly's permission

                                                                      James Conolly
                                                                      Assistant U.S. Attorney
                                                                      by Jan David Karowsky

DATED: April 22, 2021                                       JAN DAVID KAROWSKY
                                                                                  Attorney at Law
                                                                                  A Professional Corporation

                                                           by      /s/ Jan Karowsky

                                                                      JAN DAVID KAROWSKY
                                                                      Attorney for Defendant
                                                                      Myron Armstrong

**IT IS SO ORDERED.**

DATED: April 22, 2021

                                                                      _____
                                                                      Troy L. Nunley
                                                                      United States District Judge