**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Myron Armstrong

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-CR-097-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| MYRON ARMSTRONG, | DATE: May 20, 2021 |
| Defendant | TIME: 9:30 a.m. |
| | JUDGE: Hon. Troy L. Nunley |

## FACTUAL SUMMARY

Counsel for the Defendant needs additional time for some additional ongoing investigation, to obtain additional information from the Defendant, and for further case preparation. With the Covid-19 pandemic, the restrictions on visits at the jail, and my otherwise extremely limited access to obtaining needed information from Mr. Armstrong, I have not been able to accomplish much by way of organization or preparation in the last number of months.

I have conveyed a proposed plea offer to AUSA Conolly and have received a response. I have begun discussions with my client regarding the proposed plea agreement. However, I still need more time to discuss it and attempt to resolve this case.

- 1 -

On March 16, 2021, Mr. Conolly conveyed the proposed new written plea agreement to me which I then mailed to Mr. Armstrong. I have also spoken to Mr. Armstrong about the proposed plea deal during the interim, and strongly urged him to accept it. I still need additional time, however, to discuss the plea offer with him. Therefore, for all of the above-stated reasons, I am requesting the case be continued to give me more time for further investigation and for me to attempt to resolve the case.

Therefore, it is requested that the Status Conference set for May 20, 2021 be continued to August 5, 2021 at 9:30 a.m.. I have spoken to the prosecuting AUSA, James Conolly, who has no opposition to this request. In fact, he has agreed that I may sign his name to this request.

**STIPULATION**

Plaintiff, United States, and Defendant, Myron Armstrong, through their undersigned counsel, hereby stipulate and agree and request the Court to re-set the date for the Status Conference to August 5, 2021 at 9:30 a.m.. The parties further stipulate that time may be excluded from the Speedy Trial Act calculation from the date of May 20, 2021, the original date set for the Status Conference, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv), Local Code T4, and General Order 618, issued on May 13, 2020 in order to give Counsel for the Defendant reasonable time to prepare. Undersigned counsel agrees that the ends of justice served by ordering this continuance outweighs the best interest of the public and this defendant's right to a speedy indictment or trial and merits this exclusion of time.

///
///
///
///
///
///

**IT IS SO STIPULATED.**

DATED: May 18, 2021  McGregor Scott
United States Attorney

by  /s/ James Conolly by Jan Karowsky
with Mr. Conolly's permission

James Conolly
Assistant U.S. Attorney
by Jan David Karowsky

DATED: May 18, 2021  JAN DAVID KAROWSKY
Attorney at Law
A Professional Corporation

by  /s/ Jan Karowsky

JAN DAVID KAROWSKY
Attorney for Defendant
Myron Armstrong

DATED: 5-18-21  I have specifically requested this lengthy a continuance and hereby agree to my case being continued to August 5, 2021 for a further status conference.

/s/ Myron Armstrong
Myron Armstrong

**IT IS SO ORDERED.**

Dated: May 18, 2021

Troy L. Nunley
United States District Judge