**JENNIFER MOUZIS**
**MOUZIS CRIMINAL DEFENSE**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
MYRON DEVAL ARMSTRONG

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 2:17-CR-97-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME** |
| **v.** | |
| **MYRON DEVAL ARMSTRONG,** | |
| Defendant. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney James Conolly and Defendant Myron Armstrong, by and through his counsel, Jennifer Mouzis **agree and stipulate to vacate the date set for status conference, October 20, 2022 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to December 8, 2022 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley**.

By previous order, this case was set for status conference on October 20, 2022 (ECF 136). Defense counsel was appointed on July 21, 2022. Defense counsel was provided with a digital file from former counsel however, the digital file seemed to be missing some of the discovery. On October 6, 2022, Defense counsel received a full copy of the discovery file from

1

the office of the AUSA.  Defense counsel requests a continuance in order to further prepare, confer with her client, review the discovery, and otherwise prepare for trial or resolution of this case.  The Government does not object to this continuance.

Based upon the foregoing, the parties stipulate that that the ends of justice served by granting the continuance outweighs the best interest of the public and the defendants in a speedy trial.  The parties also agree and stipulate that time under the Speedy Trial Act should be excluded as of October 20, 2022, through and including December 8, 2022; pursuant to 18 U.S. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479 [Local Code T4].

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: October 18, 2022                    PHILLIP A. TALBERT
                                           United States Attorney

                              By:    /s/ James Conolly
                                     JAMES CONOLLY
                                     Assistant United States Attorney

Dated: October 18, 2022             /s/ Jennifer Mouzis
                                    JENNIFER MOUZIS
                                    Attorney for Defendant
                                    MYRON DEVAL ARMSTRONG

**ORDER**

IT IS HEREBY ORDERED, the Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, considering the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and defendants in a speedy trial.

The Court orders from the time of the parties' stipulation, October 18, 2022, up to and including December 8, 2022, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 [Local Code T4]. **It is further ordered** the October 20, 2022 status conference shall be continued until December 8, 2022, at 9:30 a.m.

Dated: October 18, 2022

Troy L. Nunley
United States District Judge

3