```
PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
ALSTYN BENNETT
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MYRON DEVAL ARMSTRONG,<br><br>　　　　　　　Defendant. | CASE NO. 2:17-CR-00097-TLN<br><br>JOINT STIPULATION AND ORDER REGARDING TRIAL BRIEFING SCHEDULE<br><br>DATE: July 17, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　1.　By previous order, this matter was confirmed for jury trial on July 17, 2023 at 9:00 a.m. before the Honorable Troy L. Nunley. At a July 6, 2023 hearing, the Court instructed the parties to meet and confer regarding a joint briefing schedule for all trial documents.

　　2.　By this stipulation, the parties now request the following briefing and hearing schedule:

　　　　a)　July 11: Motions *in limine*, trial briefs, witness lists, exhibit lists, proposed jury instructions, and proposed verdict form

/ / /

/ / /

/ / /

      b)      July 14: Oppositions to motions *in limine*

      c)      July 17: Hearing on motions *in limine*

IT IS SO STIPULATED.

Dated: July 9, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ ALSTYN BENNETT
ALSTYN BENNETT
JAMES R. CONOLLY
Assistant United States Attorneys

Dated: July 9, 2023

By: /s/ JENNIFER MOUZIS
JENNIFER MOUZIS
Attorney for Defendant
MYRON DEVAL ARMSTRONG

## ORDER

IT IS SO FOUND AND ORDERED this 11th day of July, 2023.

Troy L. Nunley
United States District Judge