PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
ALSTYN BENNETT
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MYRON DEVAL ARMSTRONG,

Defendant.

CASE NO. 2:17-CR-97-TLN

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER

DATE: August 10, 2023
TIME: 9:30 a.m.
COURT: Hon. Troy L. Nunley

**BACKGROUND**

By this stipulation, the parties request the Court to set a status conference in this matter on August 10, 2023, at 9:30 a.m. A jury trial in this matter concluded on July 20, 2023, with the jury finding the defendant guilty on three of four counts charged in the Superseding Indictment – Counts One, Two, and Four. The jury could not reach a verdict on Count Three, a violation of 18 U.S.C. § 924(c), possession of a firearm in furtherance of a drug trafficking offense. Based on the jury's representation that it was deadlocked, the Court declared a mistrial on Count Three.

The government reserves the right to try the defendant again on the deadlocked count.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By this stipulation, the parties now move the Court to set a status conference on

August 10, 2023, to confer on the parties' availability for a retrial, and to exclude time between the date of the Court's order, below, and August 10, 2023, under Local Code T4.

2. The parties agree and stipulate, and request that the Court find the following:

a) While the parties prepared for trial that concluded on July 20, 2023, a retrial on a single count will require the defense to examine it strategy. Discovery in this case has been voluminous, including approximately 1,400 pages of financial records, in addition to investigative reports, related documents, photographs, cell phone location tracking data, and telephone toll logs. All of this discovery has been either produced directly to counsel or made available for inspection and copying.

b) Defense counsel will need time to consult with her client about the retrial, to review the remaining count, to conduct any additional investigation or research related to the charge as may be necessary, to discuss potential resolutions with her client, to prepare pretrial motions, and to otherwise prepare for trial. As part of that preparation, defense counsel may need to order transcripts from the recent trial which will take some time to be produced.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of the Court's order, below, and August 10, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 28, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
ALSTYN BENNETT
Assistant United States Attorneys

Dated: July 28, 2023

/s/ JENNIFER MOUZIS
JENNIFER MOUZIS
Counsel for Defendant
MYRON DEVAL ARMSTRONG

**ORDER**

IT IS SO FOUND AND ORDERED this 31st day of July, 2023.

Troy L. Nunley
United States District Judge