**JENNIFER MOUZIS**
**MOUZIS CRIMINAL DEFENSE**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
MYRON DEVAL ARMSTRONG

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 2:17-cr-000097-TLN-1 |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **TO CONTINUE JUDGMENT** |
| **v.** | ) | **AND SENTENCING** |
| | ) | |
| **MYRON ARMSTRONG,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## STIPULATION

Plaintiff, United States of America, by and through its counsels, Assistant United States Attorney James Conolly and Assistant United States Attorney Alstyn Bennett and Defendant Myron Deval Armstrong, by and through his counsel, Jennifer Mouzis agree and stipulate to vacate the date set for judgment and sentencing, December 14, 2023 at 9:30 a.m., in the above-captioned matter, and to continue the judgment and sentencing to March 14, 2024 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.  Federal Probation Officer, Erica Tatum, also agrees to this change.

In addition, the parties stipulate to the following modification to the schedule of disclosure relating to the pre-sentence report ("PSR"):

1

| | |
|---|---|
| Proposed Pre-Sentence Report | February 1, 2024 |
| Written objections to the PSR | February 15, 2024 |
| Final PSR | February 22, 2024 |
| Formal objections to PSR | February 29, 2024 |
| Reply, or Statement of Non-Opposition | March 7, 2024 |

The reason for the continuance is that defense and probation have not been able to meet with Mr. Armstrong for his interview with probation.  The delay is due to Mr. Armstong's transfer to Taft Jail and difficulty with coordinating the schedule.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation. IT IS SO STIPULATED.

Dated: December 11, 2023                    PHILLIP A. TALBERT
                                            United States Attorney

                              By:    /s/ James Conolly
                                     JAMES CONOLLY
                                     Assistant United States Attorney

Dated: December 11, 2023      By:    /s/ Alstyn Bennett
                                     ALSTYN BENNETT
                                     Assistant United States Attorney


Dated: December 11, 2023             /s/ Jennifer Mouzis
                                     JENNIFER MOUZIS
                                     Attorney for Defendant
                                     MYRON ARMSTRONG

## ORDER

For the reasons set forth in the accompanying stipulation, the judgment and sentencing date of December 14, 2023, at 9:30 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on March 14, 2024, at 9:30 a.m.

It is FURTHER ORDERED that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Proposed Pre-Sentence Report | February 1, 2024 |
| Written objections to the PSR | February 15, 2024 |
| Final PSR | February 22, 2024 |
| Formal objections to PSR | February 29, 2024 |
| Reply, or Statement of Non-Opposition | March 7, 2024 |

IT IS SO ORDERED.


Dated: December 11, 2023

Troy L. Nunley
United States District Judge