**TAMARA SOLOMAN**
**LAW OFFICE OF TAMARA L. SOLOMAN**
State Bar No. 183841
901 H Street, Suite 400
Sacramento, California 95814
Telephone: (916) 712-8962

Attorney for Defendant
MYRON DEVAL ARMSTRONG

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) 2:17-cr-000097-TLN-1 |
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **TO CONTINUE SENTENCING** |
| v. | ) |
| **MYRON ARMSTRONG,** | ) |
| Defendant. | ) |

### STIPULATION

Plaintiff, United States of America, by and through its counsels, Assistant United States Attorney James Conolly and Defendant Myron Deval Armstrong, by and through his counsel, Tamara Soloman agree and stipulate to vacate the date set for judgment and sentencing, May 15, 2025 at 9:00 a.m., in the above-captioned matter, and to continue the judgment and sentencing to July 31, 2025 at 9:00 a.m. in the courtroom of the Honorable Troy L. Nunley. Federal Probation Officer, Lynda Moore, also agrees to this change.

In addition, the parties stipulate to the following modification to the schedule of disclosure relating to the pre-sentence report ("PSR"):

| | |
|---|---|
| Proposed Pre-Sentence Report | Completed |
| Written objections to the PSR | July 3, 2025 |
| Final PSR | July 10, 2025 |
| Formal objections to PSR | July 17, 2025 |
| Reply, or Statement of Non-Opposition | July 24, 2025 |

The reason for the continuance is that defense was recently appointed to handle the judgement and sentencing. Defense counsel and the mitigation expert believe that a doctor evaluation is necessary to proceed with a sentencing memorandum and argument regarding factors to be considered in imposing a sentence.

Mr. Armstrong was convicted by a jury and current defense counsel did not represent him at any stage prior to his conviction. Time is needed to adequately address the issues related to an appropriate sentence.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: April 11, 2025            MICHELE BECKWITH
                                 "Acting United States Attorney"

                          By:    /s/ James Conolly
                                 JAMES CONOLLY
                                 Assistant United States Attorney


Dated: April 11, 2025            /s/ Tamara Soloman.
                                 TAMARA SOLOMAN
                                 Attorney for Defendant
                                 MYRON ARMSTRONG

**ORDER**

2

Stipulation and Order to Continue Judgment and Sentencing

For the reasons set forth in the accompanying stipulation, the judgment and sentencing date of May 15, 2025, at 9:30 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on July 31, 2025, at 9:30 a.m.

It is FURTHER ORDERED that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Proposed Pre-Sentence Report | June 26, 2025 |
| Written objections to the PSR | July 3, 2025 |
| Final PSR | July 10, 2025 |
| Formal objections to PSR | July 17, 2025 |
| Reply, or Statement of Non-Opposition | July 24, 2025 |

**IT IS SO ORDERED.**

Dated: April 15, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE