**TAMARA SOLOMAN**
**LAW OFFICE OF TAMARA L. SOLOMAN**
State Bar No. 183841
901 H Street, Suite 400
Sacramento, California 95814
Telephone: (916) 712-8962

Attorney for Defendant
MYRON DEVAL ARMSTRONG

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 2:17-cr-000097-TLN-1 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. | |
| **MYRON ARMSTRONG,** | |
| Defendant. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsels, Assistant United States Attorney James Conolly and Defendant Myron Deval Armstrong, by and through his counsel, Tamara Soloman agree and stipulate to vacate the date set for judgment and sentencing, July 31, 2025 at 9:30 a.m., in the above-captioned matter, and to continue the judgment and sentencing to October 23, 2025 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley. Probation has been consulted and agrees to the new date.

The reason for the continuance is that defense was appointed to handle the judgement and sentencing but was not trial counsel and did not have any prior interest in the case.  Defense counsel and the mitigation expert believe that a doctor evaluation is necessary to proceed with a

sentencing memorandum and argument regarding factors to be considered in imposing a sentence.  The Doctor was contacted early on but scheduling issues prohibited a meeting and then the Doctor had vacation summer plans.  She currently is planning to meet with Mr. Armstrong in August and I anticipate a report would be available in September.

Mr. Armstrong was convicted by a jury and current defense counsel did not represent him at any stage prior to his conviction.  Time is needed to adequately address the issues related to an appropriate sentence.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: July 22, 2025                    KIMBERLY SANCHEZ
                                        Acting United States Attorney

                             By:    /s/ James Conolly
                                    JAMES CONOLLY
                                    Assistant United States Attorney

Dated: July 22, 2025                     /s/ Tamara Soloman.
                                        TAMARA SOLOMAN
                                        Attorney for Defendant
                                        MYRON ARMSTRONG

**ORDER**

For the reasons set forth in the accompanying stipulation, the judgment and sentencing date of July 31, at 9:30 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on October 23, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated: July 24, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE