ERIC GRANT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MYRON DEVAL ARMSTRONG,<br><br>Defendant. | CASE NO. 2:17-CR-097-TLN<br><br>STIPULATION TO CONTINUE JUDGMENT & SENTENCING HEARING; ORDER<br><br>DATE: October 23, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By this stipulation, the parties jointly request to continue the judgment and sentencing hearing, currently set for October 23, 2025, until November 13, 2025.

2. The parties agree and stipulate, and request that the Court find the following:

a) The parties require a short amount of additional time to prepare for sentencing in this matter. This case is unusual in that the guideline range is significant, at 360 months to life, with a mandatory consecutive sentence of 60 months, for the defendant's conviction for violating 18 U.S.C. § 924(c), to be added to any sentence for the conviction on the other counts. *See* Presentence Investigation Report Recommendation, ECF No. 268-1 at 1.

b) Sentencing had been continued until October 23, 2025, in part for the purpose of defense counsel obtaining a psychological evaluation for Mr. Armstrong. Defense counsel was

able to arrange for Mr. Armstrong to meet with a psychologist, following which the psychologist issued a report at the end of September. The government recently received the report from that evaluation and is in the process of reviewing it.

    c)    The parties have worked to complete this matter and anticipate that a short continuance, to November 13, 2025, will provide them sufficient time to do so.

IT IS SO STIPULATED.

Dated: October 20, 2025

ERIC GRANT
United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated: October 20, 2025

/s/ TAMARA SOLOMAN
TAMARA SOLOMAN
Counsel for Defendant
MYRON DEVAL ARMSTRONG

## ORDER

For the reasons set forth in the stipulation above, the judgment and sentencing date of October 23, 2025, at 9:30 a.m. is vacated and re-set for November 13, 2025, at 9:30 a.m., before this Court.

IT IS SO FOUND AND ORDERED this 22nd day of October, 2025.

_____
Troy L. Nunley
Chief United States District Judge