ERIC GRANT
United States Attorney
JAMES R. CONOLLY
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MYRON DEVAL ARMSTRONG,<br><br>Defendant. | 2:17-CR-00097-TLN<br><br>FINAL ORDER OF FORFEITURE |

On July 28, 2023, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the guilty verdict and Special Verdict Forms, forfeiting to the United States the following property:

    a.    Approximately $16,860.00 in U.S. Currency, and

    b.    2015 Cadillac Escalade, VIN: 1GYS4CKJ2FR157743, California License Number: 7VKP266.

Beginning on August 1, 2023, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals or

entities known to have an alleged interest in the above-described property:

    a.    Johanna Daranikone: A notice letter was sent via certified mail to Johanna Daranikone at 31 Cadman Court, Sacramento, CA 95835 on July 31, 2023. The envelope was returned on September 19, 2023, to the U.S. Attorney's Office as "unclaimed."

    b.    TD Auto Finance, LLC: A notice letter was sent via certified mail to TD Auto Finance, LLC at P.O. Box 9223, Farmington Hills, MI 48333-9223 on July 31, 2023. The U.S. Attorney's Office was also in contact with TD Auto Finance, LLC by phone. Due to a large and defaulted loan on the 2015 Cadillac Escalade, lienholder TD Auto Finance, LLC repossessed the vehicle on November 7, 2023.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Myron Deval Armstrong and Johanna Daranikone:

    a.    Approximately $16,860.00 in U.S. Currency, plus all accrued interest,

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 3rd day of December, 2025.

_____
Troy L. Nunley
Chief United States District Judge